24CV05186
Div6

**IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS**

| | | |
|---|---|---|
| **MARIA FERNANDEZ-ALEMAN,** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **ELIZABETH FERNANDEZ,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **OS RESTAURANT SERVICES, LLC,** | ) | |
| **D/B/A OUTBACK STEAKHOUSE** | ) | |
| **Serve Registered Agent** | ) | |
| | ) | |
| **Defendant.** | ) | |

## PETITION

Plaintiffs Maria Fernandez-Aleman and Elizabeth Fernandez, for their Petition against Defendant OS Restaurant Services, LLC, states as follows:

1. Plaintiff Maria Fernandez-Aleman is a female citizen of the State of Missouri, residing in Kansas City, Missouri.

2. Plaintiff Elizabeth Fernandez is a female citizen of the State of Kansas, residing in Overland Park, Kansas.

3. Defendant OS Restaurant Services, LLC, is registered as a foreign corporation under Kansas state law operating as Outback Steakhouse in the State of Kansas, who may be served through its Registered Agent.

4. This case arises under Title VII of the Civil Rights Act, as amended, 42 U.S.C. §2000e, *et seq.*, (Title VII), making jurisdiction proper in



*Clerk of the District Court, Johnson County Kansas*
*10/02/24 10:20am ST*

this court. Plaintiffs alleged that they were subjected to sexual harassment by Defendant and Plaintiff Maria Fernandez-Aleman alleges that she was terminated because of reports of discrimination in violation of Title VII, 42 U.S.C. § 2000e-2.

5. Venue is proper within this district under 28 U.S.C. § 1391(a) in that the employment practices hereinafter alleged to be unlawful were committed in this judicial district.

6. At all times relevant to this action, Defendants have employed fifteen or more employees and is therefore an employer as defined in Title VII, 42 U.S.C. § 2000e(b).

7. Plaintiffs each filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) within 180 days of the unlawful employment practices complained of herein.

8. Plaintiffs each received a Notice of Right to Sue from the EEOC and this Complaint is filed within 90 days of receipt of that letter.

9. Plaintiffs were employed by Defendant in Johnson County, Kansas. Plaintiffs performed their jobs to the best of her ability and satisfactorily met the legitimate job expectations of her employer.

**COUNT I – MARIA FERNANDEZ-ALEMAN -- SEXUAL HARASSMENT**

10. Plaintiff Maria Fernandez-Aleman incorporates by reference the preceding paragraphs of this petition.

11. Plaintiff Maria Fernandez-Aleman was subjected to a continuous pattern of sexual harassment and an abusive and hostile work environment by Defendant and a supervisory employee beginning in June 2022 and continuing throughout her employment.

12. During her employment, plaintiff Maria Fernandez-Aleman was subjected to the following actions:

- The Kitchen Manager made repeated inappropriate, sexual comments like as if plaintiff wanted to “see his dick;”
- The Kitchen Manager made sexual comments and propositions and told plaintiff he wanted to “fuck” her;
- The Kitchen Manager pantomimed sexual acts;
- The Kitchen Manager sexually harassed other female employees;
- The Kitchen Manager engaged in unfair and abusive treatment of women, like taking their tips; and
- When plaintiff confronted the Manager about taking female employees’ tips he said she could get the tips if she gave him a “blow job”.

13. These actions were severe or pervasive and affected the terms and conditions of Plaintiff’s employment.

14. But for plaintiff’s sex, she would not have been subjected to these actions; in other words, plaintiff’s sex was a determining factor in the



*Clerk of the District Court, Johnson County Kansas*
*10/02/24 10:20am ST*

harassment.

15. Plaintiff Maria Fernandez-Aleman repeatedly complained about the harassment, but defendant took no effective action.

16. Defendant failed to effectively remedy the harassment once plaintiff reported it.

17. Defendant knew or should have known of the risk of sexual harassment yet failed to prevent and promptly correct the harassment.

18. Defendant's actions constitute sexual harassment and sex discrimination in violation of Title VII.

19. As a direct and proximate result of Defendant's unlawful employment practices described herein, Plaintiff sustained damages in the form emotional pain, suffering, inconvenience, loss of enjoyment of life and mental anguish.

20. Defendant acted with reckless indifference to Plaintiff's federally protected rights, entitling Plaintiff to an additional amount as punitive damages in such sum that will serve to punish Defendant and to deter Defendant and others from like conduct.

WHEREFORE, Plaintiff Maria Fernandez-Aleman prays for judgment against Defendant for actual damages, punitive damages, attorney's fees and costs incurred herein, and for such other relief as the court deems just and proper.



*Clerk of the District Court, Johnson County Kansas*
*10/02/24 10:20am ST*

**COUNT II -- MARIA FERNANDEZ-ALEMAN -- RETALIATION**

Plaintiff incorporates the preceding paragraphs as if fully set forth herein.

21. Plaintiff Maria Fernandez-Aleman repeatedly complained about harassment to her supervisor.

22. Thereafter, plaintiff's employment was terminated by defendant.

23. But for Plaintiff complaints about discrimination she would not have been subjected to the retaliatory acts described herein.

24. Plaintiff's complaints of harassment were determining factors in the termination; but for the complaints of harassment she would not have been terminated.

25. Plaintiff was terminated for untrue, pretextual and bogus reasons.

26. As a direct and proximate result of the unlawful practices of defendant, Plaintiff has sustained damages in the form of lost salary, emotional pain, suffering, inconvenience, loss of enjoyment of life and mental anguish.

27. Defendant acted with reckless indifference to Plaintiff's federally protected rights, entitling Plaintiff to an additional amount as punitive damages in such sum that will serve to punish Defendant and to deter Defendant and others from like conduct.



*Clerk of the District Court, Johnson County Kansas*
*10/02/24 10:20am ST*

WHEREFORE, Plaintiff Maria Fernandez-Aleman prays for judgment against Defendant as follows:

a. For compensatory damages including backpay and damages for Plaintiff's emotional pain, suffering, inconvenience, loss of enjoyment of life and mental anguish, in a reasonable amount to be determined at trial;

b. For an award of punitive damages in a reasonable amount to be determined at trial;

c. For an award of reasonable costs and attorney's fees; and

d. For such equitable and other relief as the Court deems just and necessary.

**COUNT III -- SEXUAL HARASSMENT – ELIZABETH FERNANDEZ**

28. Plaintiff Elizabeth Fernandez incorporates by reference the preceding paragraphs of this petition.

29. Plaintiff Elizabeth Fernandez was subjected to a continuous pattern of sexual harassment and an abusive and hostile work environment by Defendant and a supervisory employee which continued throughout her employment.

30. During her employment, plaintiff Elizabeth Fernandez was subjected to unwanted sexual comments, propositions and unwelcome touching.

31. These actions were severe or pervasive and affected the terms and


*Clerk of the District Court, Johnson County Kansas*
*10/02/24 10:20am ST*

conditions of Plaintiff's employment.

32. But for plaintiff's sex, she would not have been subjected to these actions; in other words, plaintiff's sex was a determining factor in the harassment.

33. Plaintiff Elizabeth Fernandez complained about the sexual harassment, but defendant took no effective action.

34. Defendant failed to effectively remedy the harassment once plaintiff reported it.

35. Defendant knew or should have known of the risk of sexual harassment yet failed to prevent and promptly correct the harassment.

36. Defendant's actions constitute sexual harassment and sex discrimination in violation of Title VII.

37. As a direct and proximate result of Defendant's unlawful employment practices described herein, Plaintiff sustained damages in the form emotional pain, suffering, inconvenience, loss of enjoyment of life and mental anguish.

38. Defendant acted with reckless indifference to Plaintiff's federally protected rights, entitling Plaintiff to an additional amount as punitive damages in such sum that will serve to punish Defendant and to deter Defendant and others from like conduct.

WHEREFORE, Plaintiff Elizabeth Fernandez prays for judgment



*Clerk of the District Court, Johnson County Kansas*
*10/02/24 10:20am ST*

against Defendant for actual damages, punitive damages, attorney's fees and costs incurred herein, and for such other relief as the court deems just and proper.

**JURY TRIAL DEMAND**

Plaintiff demands a jury trial on all issues so triable.

**THORNBERRY BROWN, LLC**

By: /s/ Stephen C. Thornberry
Randall W. Brown KS# 17905
*randy@ThornberryBrown.com*
Stephen C. Thornberry KS# 17494
*steve@ThornberryBrown.com*
4550 Main Street, Suite 205
Kansas City, Missouri 64111
(816) 531-8383 *telephone*
(816) 531-8385 *facsimile*

*/s/ R. Brent Hankins*
R. Brent Hankins KS# 26165
*brent@hankinslaw-pc.com*
117 West 20th Street, Ste. 201
Kansas City, Missouri 64108
(816) 471-8419 *telephone*
(816) 531-3600 *facsimile*

ATTORNEYS FOR PLAINTIFFS



*Clerk of the District Court, Johnson County Kansas*
*10/02/24 10:20am ST*